THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Raymond Hayes, III, Appellant.
 
 
 

Appeal from Marion County
James E. Brogdon, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-623
Submitted December 1, 2005  Filed December 9, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; Solicitor Edgar L. Clements, III, of Florence, for Respondent. 
 
 
 

PER CURIAM:  Raymond Hayes, III, appeals his conviction of one count of possession of crack cocaine and one count of resisting arrest.  The trial court sentenced Hayes to six months for resisting arrest and five years and a $2500 fine for possession of crack cocaine suspended upon service of six months and two years probation, each sentence to be served concurrently.  Hayes alleges the trial court erred in admitting the crack-cocaine into evidence despite the States failure to comply with Rule 6, SCRCrimP.  Counsel for Hayes attached to the final brief a petition to be relieved as counsel.  Hayes did not file a separate pro se response.  
After a thorough review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Hayess appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
STILWELL, KITTREDGE, and WILLIAMS, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.